IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **98-K-1724 (Consolidated with 98-K-2110)**

**COZINCO, INC.,**

    Plaintiff,

v.

**THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY;**
**MICHAEL O. LEAVITT, as Administrator of the U.S. Environmental Protection Agency; ROBERT E. ROBERTS, as Regional Administrator of Region VIII of the U.S. Environmental Protection Agency; and GEORGE W. BUSH, as President of the United States,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    For case management purposes, the issues raised in the parties' long-standing Motions to Compel (Docket Nos. 368, 396), to Deem the Record Complete (Docket No. 389) and to Supplement the Administrative Record (Docket No. 394) are merged into the pending Motion for Sanctions for Spoliation of Evidence (Docket No. 430). Docket Nos. 368, 389, 394, and 396 are ordered **DENIED** without prejudice.

Dated: June 30, 2005