IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **98-cv-01724-JLK (Consolidated with 98-cv-02110)**

**COZINCO, INC.,**

    Plaintiff,

v.

**THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,**

    Defendants.

and

Civil Action No. **98-K-2110**

**UNITED STATES OF AMERICA,**

v.

**COZINCO, INC.,**

    Defendant.

## ORDER

Kane, J.

    I have reviewed Cozinco's Motion to Compel Production of Document 361359 (filed 4/15/05), the government's Memorandum in Opposition, and Cozinco's Reply. Being fully apprised of the grounds for the Motion for the grounds stated by Cozinco in its filings, I reject the assertion that the document remains protectible under any form of the attorney-

client privilege and GRANT the Motion to Compel. The government shall produce Document 361359 to Cozinco.

Dated this 1st day of July, 2005, at Denver, Colorado.

    **s/John L. Kane**
JOHN L. KANE
U.S.SENIOR DISTRICT COURT JUDGE