IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **98-cv-1724-JLK (Consolidated with 98-cv-2110-JLK)**

**COZINCO, INC.,**

    Plaintiff,

v.

**THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL O. LEAVITT, as Administrator of the U.S. Environmental Protection Agency; ROBERT E. ROBERTS, as Regional Administrator of Region VIII of the U.S. Environmental Protection Agency; and GEORGE W. BUSH, as President of the United States,**

    Defendants.

## ORDER

Upon careful review of Cozinco's Motion for Sanctions for Spoliation of Evidence (Docket No. 430) and related briefs, and considering the arguments of counsel at the May 19, 2005 pending motions hearing together with the rebuttal document filed by Cozinco thereafter (Docket No. 455), the Motion for Sanctions is **DENIED**. I simply cannot conclude based on the information I have heard or reviewed that the missing or admittedly discarded subject documents were deliberately or wilfully destroyed. This resolves the requests for relief in the various Motions that were merged into the Motion for Sanctions (i.e., the Motions to Compel (Docs. 368 & 396), and to Supplement the Record (Doc. 394)) and the Administrative Record is now deemed **COMPLETE**.

Dated this 18th day of January, 2006.      **s/John L. Kane**
    SENIOR U.S. DISTRICT JUDGE