IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **98-cv-1724-JLK (Consolidated with 98-cv-2110-JLK)**

**COZINCO, INC.,**

    Plaintiff,

v.

**THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL O. LEAVITT, as Administrator of the U.S. Environmental Protection Agency; ROBERT E. ROBERTS, as Regional Administrator of Region VIII of the U.S. Environmental Protection Agency; and GEORGE W. BUSH, as President of the United States,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Joint Motion for Stay of All Deadlines (doc. #469), filed March 29, 2006, is **GRANTED.** All deadlines are stayed for a period of 14 days while the parties work to reach a settlement.

Dated: March 31, 2006