IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **98-cv-1724-JLK (Consolidated with 98-cv-2110-JLK)**

**COZINCO, INC.,**

    Plaintiff,

v.

**THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL O. LEAVITT, as Administrator of the U.S. Environmental Protection Agency; ROBERT E. ROBERTS, as Regional Administrator of Region VIII of the U.S. Environmental Protection Agency; and GEORGE W. BUSH, as President of the United States,**

    Defendants.

## ORDER OF DISMISSAL

Based upon the Consent Decree (doc. #478) entered on June 8, 2006, and the parties' representations that their mutual obligations thereunder have been fulfilled, these actions are DISMISSED. The parties are to be commended for their cooperation in securing a mutually agreeable resolution in this long-standing litigation.

Dated: September 18, 2006

                                    BY THE COURT:

                                    **s/John L. Kane**
                                    SENIOR U.S. DISTRICT JUDGE